IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                          CRIMINAL NO. 5:07-cr-00017-DCB-JCS

CHARLES EDWARD PRICE                                              DEFENDANT

<u>AMENDMENT TO ORDER</u>

This Amendment is before the Court because of the discovery of a citation error in the Order **(docket entry no. 99)** denying the defendant Charles Edward Price's Motion To Sever. Having carefully reviewed the Order, the Court amends as follows:

The Order denying the defendant Charles Edward Price's Motion to Sever, contains a citation error. The error appears in the citation of <u>United States v. Perez</u> in the first full paragraph on the third page of the Order. The incorrect citation is <u>United States v. Perez</u>, 189 F.3d 51, 67 (5th Cir. 1973). The correct citation of the case is <u>United States v. Perez</u>, 489 F.2d 51, 67 (5th Cir. 1973). The correct citation should replace the existing citation in the Order.

IT IS HEREBY ORDERED that the Order **(docket entry no. 99)** denying Charles Edward Price's Motion to Sever is AMENDED to reflect the correct citation.

SO ORDERED, this the   23RD   day of July, 2007.

                                          s/ David Bramlette
                                          United States District Judge