IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                    CRIMINAL NO. 5:07-cr-00017-DCB-JCS

CHARLES EDWARD PRICE                                          DEFENDANT

## AMENDMENT TO ORDER

This Amendment is before the Court because of the discovery of a citation error in the Order **(docket entry no. 99)** denying the defendant Charles Edward Price's Motion To Sever. Having carefully reviewed the Order, the Court amends as follows:

The Order denying the defendant Charles Edward Price's Motion to Sever, contains a citation error. The error appears in the citation of United States v. Perez in the first full paragraph on the third page of the Order. The incorrect citation is United States v. Perez, 189 F.3d 51, 67 (5th Cir. 1973). The correct citation of the case is United States v. Perez, 489 F.2d 51, 67 (5th Cir. 1973). The correct citation should replace the existing citation in the Order.

IT IS HEREBY ORDERED that the Order **(docket entry no. 99)** denying Charles Edward Price's Motion to Sever is AMENDED to reflect the correct citation.

SO ORDERED, this the   23RD   day of July, 2007.

                                        s/ David Bramlette
                                        United States District Judge