IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



UNITED STATES OF AMERICA

V.   CRIMINAL No: 5:07cr17DCB-JCS

CHARLES EDWARD PRICE

## ORDER TO USEAL DOCUMENT

This matter came on for consideration on the motion of counsel for Defendant Charles Edward Price, *ore tenus*, to unseal a document in this case, and the Court, being fully advised in the premises, finds as follows:

A plea agreement entered into by Defendant and the United States on January 8, 2008 was duly submitted to the Court, became a part of the official Court record and was sealed by the Court. Recently appointed Counsel for Defendant now requires a copy of the plea agreement in order to adequately represent Defendant in his appeal of his sentence handed down by the Court. The U.S. Attorney's office has no objection. The motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Clerk of Court unseal that document in the official record containing the aforesaid plea agreement and provide a copy of same to counsel for Defendant.

SO ORDERED AND ADJUDGED this the 25th day of March, 2009.

HON. DAVID BRAMLETTE
U.S. DISTRICT COURT JUDGE