IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:07cr17DCB-JCS

CHARLES EDWARD PRICE

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 3, 2008, the Court orally pronouncement forfeiture of $10,300 in United States Currency at the sentencing of defendant, Charles Edward Price, and the Agreed Preliminary Order of Forfeiture was incorporated in the Final Judgment, ordering defendant, Charles Edward Price, to forfeit:

**$10,300 in United States Currency**

(the Subject Property), and

WHEREAS, the United States caused to be published via the internet at [www.forfeiture.gov](www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court, within sixty (60) days from the first day of publication of the Notice of Forfeiture on the government internet site, for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant, Charles Edward Price, had an interest in the property that is subject to forfeiture pursuant to Title 18 U.S.C. § 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **$10,300 in United States Currency** is hereby forfeited to the United States of America pursuant to Title 18 U.S.C. § 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED AND ADJUDGED this the 21st day of April, 2010.

                                               s/David Bramlette
                                               UNITED STATES DISTRICT JUDGE