IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

CIVIL ACTION NO. 5:10-cv-13(DCB)
CRIMINAL NO. 5:07-cr-17(DCB)

CHARLES EDWARD PRICE                                           DEFENDANT

ORDER

This cause is before the Court on the defendant Charles Edward Price's Motion for Clarification **(docket entry 386)** of this Court's Opinion and Order of February 17, 2012 (docket entry 347).  The defendant seeks clarification of the Court's ruling on his motion to reduce his fine.  The Court found that the defendant was not entitled to a reduction in the amount of his fine.  Further, the court found that inability to pay a fine while in custody is not grounds for reduction of the fine because the defendant can pay his fine during his period of supervised release.  Opinion and Order, pp. 2-3.  Accordingly,

IT IS HEREBY ORDERED that the defendant Charles Edward Price's Motion for Clarification **(docket entry 386)** of this Court's Opinion and Order of February 17, 2012 (docket entry 347) is GRANTED as set forth above.

SO ORDERED, this the 30th day of October, 2013.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE