IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**UNITED STATES**                                                                 **PLAINTIFF**

**VS.**                                        **CRIMINAL ACTION NO: 5:07-cr-17-DCB-FKB**
                                                **CIVIL ACTION NO: 5:15-cv-15-DCB**

**CHARLES EDWARD PRICE**                                                           **DEFENDANT**

### ORDER DENYING COA

Rule 11(a) of the rules governing §§ 2254 and 2255 cases requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the Petitioner. Having reviewed the record, applicable statutory and case law, and being otherwise fully advised in the premises, the Court finds and orders as follows:

Pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing §§ 2254 and 2255 proceedings, and 28 U.S.C. § 2253(c), the Court finds that the petitioner has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its

1

procedural ruling." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).[1]
The Court therefore denies a certificate of appealability.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that a certificate of appealability is **DENIED**.

**SO ORDERED AND ADJUDGED,** this the 23rd day of February 2015.

                                           /s/ David Bramlette
                                           UNITED STATES DISTRICT JUDGE

---

[1] Rule 11 of the Rules Governing §§ 2254 and 2255 Cases, as amended effective on December 1, 2009, reads as follows:

    (a) Certificate of Appealability.  The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue.  If the court issues a certificate, the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2).  If the court denies a certificate, the parties may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22.  A motion to reconsider a denial does not extend the time to appeal.

    (b) Time to Appeal.  Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order entered under these rules.  A timely notice of appeal must be filed even if the district court issues a certificate of appealability.